IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIE ANGEL, individually, )
                                      )   2:11-cv-01620-GEB-EFB
        Plaintiff,   )
                                      )
    v.                  )   <u>ORDER CONTINUING STATUS</u>
                                      )   <u>(PRETRIAL SCHEDULING)</u>
SUTTER HEALTH, a business     )   <u>CONFERENCE</u>
entity; DENISE WAGERS, an      )
individual; DOUG GUNTER, an     )
individual; GINA GUNTER, an     )
individual; and DOES 1 through )
50, inclusive,                  )
                                      )
        Defendants.       )
_____)

        The Joint Status Report filed September 19, 2011 reveals this case is not ready to be scheduled since the parties contemplate settling the federal claims, following which an order will be sought remanding the state claims to state court. The parties have requested a six week delay in scheduling this case so that they have time to determine if the referenced settlement could be finalized. The request is granted. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 3, 2011 is continued to January 30, 2012 at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

Dated: September 27, 2011

                                                                   
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge

1