Douglas W. Dal Cielo, (SBN 157109)
E-mail: ddalcielo@bwslaw.com
Brian M. Affrunti, (SBN 227072)
E-mail: baffrunti@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
2440 West El Camino Real, Suite 620
Mountain View, CA  94040-1499
Tel: 650.327.2672   Fax: 650.688.8333

Attorneys for Plaintiff
MARIE ANGEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARIE ANGEL, individually, | Case No.  2:11-CV-01620-GEB-EFB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR REMAND TO STATE COURT** |
| SUTTER HEALTH, a business entity, DENISE WAGERS, an individual, DOUG GUNTER, an individual, GINA GUNTER, an individual, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff MARIE ANGEL ("Plaintiff") and Defendants SUTTER HEALTH, DENISE WAGERS, DOUG GUNTER, and GINA GUNTER ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following Stipulation and Order for Remand to State Court:

1. On or about July 2, 2009, Plaintiff filed an action in the Superior Court of the State of California, County of Sacramento, entitled *Marie Angel v. Sutter Health, et al.*, as case number 34-2009-00055279 ("State Court Action").

2. On or about May 3, 2011, Plaintiff filed a motion for leave to amend her complaint in the State Court Action.  On or about May 26, 2011, Plaintiff's motion to amend her complaint

1  in the State Court Action was granted. Plaintiff filed her First Amended Complaint on May 26,
2  2011, which included a cause of action for violation of 42 U.S.C. § 1981.

3      3.    On or about June 15, 2011, Defendants filed a Notice of Removal of the State
4  Court Action to this Court on the basis of federal question jurisdiction.

5      4.    The Parties have now entered into a Conditional Settlement Agreement and
6  Release wherein Plaintiff has agreed to, among other things, dismiss the 42 U.S.C. § 1981 claim.
7  This settlement is conditional upon remand of this action back to State Court and dismissal of
8  Defendants Denise Wagers and Doug Gunter, with prejudice.

9      5.    With the conditional dismissal of the 42 U.S.C. § 1981, there is no basis for
10 Federal Court jurisdiction and remand to State Court is appropriate.

11     6.    The parties hereby respectfully request that this Court dismiss the 42 U.S.C. §
12 1981 cause of action with prejudice and remand this action to the Superior Court of the State of
13 California, County of Sacramento.

14 IT IS SO STIPULATED.

15 Dated: January ____, 2012        BURKE, WILLIAMS & SORENSEN, LLP

17     By: _____
18         Douglas W. Dal Cielo
        Brian M. Affrunti
        Attorneys for Plaintiff
19         MARIE ANGEL

20 Dated: January ____, 2012        REDIGER, McHUGH & OWENSBY, LLP

22     By: _____
23         Jeffery Owensby
        Sarah R. Lustig
24         Attorneys for Defendants
        SUTTER HEALTH, DENISE WAGERS,
25         DOUG GUNTER and GINA GUNTER

26
27
28

1

**ORDER**

2  Since the parties' Stipulation for Remand of this case to the Superior Court of the State of

3  California, in the County of Sacramento effectively dismisses with prejudice Plaintiff's cause of

4  action sounding in 42 U.S.C. § 1981 and defendants Denise Wagers and Doug Gunter, this case is

5  remanded to the Superior Court of the State of California in the County of Sacramento from

6  which it was removed. Fed. R. Civ. P. 41(a)(1)(A)(ii).

7  **Date: 1/12/2012**

8

9  _____
   GARLAND E. BURRELL, JR.
10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28